UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESCENCIANO GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>THE WINE GROUP, INC.; ET. AL.,<br><br>Defendants. | Case No. 1:19-CV-01222-DAD-HBK<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION TO CONTINUE CERTAIN DEADLINES IN CASE MANAGEMNT AND SCHEDULING ORDER<br><br>(Doc. No. 22) |

Pending before the Court is the parties' stipulated motion to extend deadlines in the Court's Case Management and Scheduling Order (Doc. No. 19), filed on December 13, 2021. (Doc. No. 22). Upon review of the stipulated motion, the parties request to extend certain deadlines by approximately two months. (*Id.* at 2-5). For good cause shown under Federal Rule of Civil Procedure 6(b), the Court grants the parties' stipulated motion.

Accordingly, it is **ORDERED**:

1. The parties' stipulated motion to enlarge certain discovery deadlines (Doc. No. 22) is GRANTED as follows:

    (a) the **deadline for completing non-expert discovery** be continued from February 21, 2022 to **April 21, 2022**;

    (b) the **deadline for disclosing any expert reports** be continued from March 23, 2022 to **May 23, 2022**;

     (c) the **deadline for disclosing any expert rebuttal** report be continued from April 22, 2022 to **June 22, 2022**;

     (d) the **deadline for expert discovery** be continued from May 23, 2022 to **July 23, 2022**; and

     (e) the **deadline for filing any dispositive and *Daubert* motions** be continued from July 7, 2022 to **September 7, 2022**.

Dated:   December 14, 2021

*/s/ Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE