1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CRESCENCIANO GARCIA,                    Case No.  1:19-cv-01222-DAD-HBK

12                    Plaintiff,              ORDER GRANTING PLAINTIFF LEAVE TO
                                              FILE A FIRST AMENDED COMPLAINT
13            v.
                                              ORDER DIRECTING CLERK TO CORRECT
14    WINE GROUP, INC.; THE WINE              DOCKET TO REFLECT THE WINE GROUP,
      GROUP, LLC; and DOES 1 through 50,      LLC, AS THE SOLE DEFENDANT
15    inclusive,
                                              (Doc. No.  30)
16                    Defendants.

17

18

19

20            Pending before the Court is the parties' agreed motion to permit Plaintiff to file a First

21    Amended Complaint ("FAC") filed on May 11, 2022.  (Doc. No. 30).  Attached as Exhibit 1 to

22    the motion is Plaintiff's FAC.  (*Id.* at 4-9).

23            Rule 15 governs amended complaints and supplemental pleadings.  Fed. R. Civ. P. 15.

24    Because defendants have already answered the complaint, (*see* Doc. No. 1 at 2), Rule 15(a)(2) of

25    the Federal Rules of Civil Procedure govern whether Plaintiff may amend.  Under Rule 15(a)(2),

26    "a party may amend its pleading only with the opposing party's written consent or the court's

27    leave" and the "court should freely give leave when justice so requires."  Here, Defendant's

28    consent to Plaintiff filing a FAC.

1    Accordingly, it is **ORDERED**:

2    1.  Plaintiff is GRANTED leave to file a First Amended Complaint.  (Doc. No. 30).

3    2.  The Clerk of Court shall accept and separately docket Plaintiff's proposed First

4 Amended Complaint attached as Exhibit 1 (Doc. No. 30 at 5-9) as "Plaintiff's First Amended

5 Complaint" and deem it filed as of May 11, 2022.  The Clerk shall correct the docket to reflect

6 The Wine Group, LLC as the sole Defendant.

7

8 Dated:   May 16, 2022

9                         HELENA M. BARCH-KUCHTA

10                        UNITED STATES MAGISTRATE JUDGE